

# NUMBER 13-16-00465-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE SHAHIN ZARAIEHN

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Garza and Longoria
### Per Curiam Order

Relator, Shahin Zaraiehn, filed a petition for writ of mandamus in the above cause on August 22, 2016. Through this original proceeding, relator seeks to set aside an order granting a new trial. The Court requests that the real party in interest, Dale & Klein, L.L.P., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
22nd day of August, 2016.